1  Wendy M. Krincek, Esq.
   Nevada State Bar No. 06417
2  Kelsey E. Stegall, Esq.
   Nevada State Bar No. 14279
3  LITTLER MENDELSON, P.C.
   8474 Rozita Lee Avenue
4  Suite 200
   Las Vegas, Nevada  89113
5  Telephone:    702.862.8800
   Fax No.:      702.862.8811
6  wkrincek@littler.com
   kstegall@littler.com
7
   Attorneys for Defendant
8  HOTSPUR RESORTS NEVADA LTD.
   d/b/a JW MARRIOTT LAS VEGAS
9  RESORT AND SPA

10
                    UNITED STATES DISTRICT COURT
11                       DISTRICT OF NEVADA

12

13 | TAMMIE BURNEO, individually, | Case No. 2:25-cv-01141-RFB-BNW
14 | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**
15 | v. |
16 | HOTSPUR RESORTS NEVADA LTD. d/b/a JW MARRIOTT LAS VEGAS RESORT AND SPA, a domestic corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, | **(FIRST REQUEST)**
17 | |
18 | Defendants. |
19

20

21      Plaintiff TAMMIE BURNEO ("Plaintiff") and Defendant HOTSPUR RESORTS

22 NEVADA LTD d/b/a JW MARRIOTT LAS VEGAS RESORT AND SPA ("Defendant"), by and

23 through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to

24 file a response to the Complaint from the current deadline of July 18, 2025, up to and including

25 **August 1, 2025.**

26      The requested extension is necessary in light of the fact that Defendant's counsel was out

27 of the office and needs additional time to investigate the allegations and evaluate the responsive

28

1  pleading. The additional time will therefore allow Defendant to prepare an appropriate response to
2  the Complaint.
3       This is the first request for an extension of time to respond to the Complaint. This request
4  is made in good faith and not for the purpose of delay.

Dated: July 14, 2025

Respectfully submitted,

*/s/ Danielle J. Barraza*
JASON R. MAIER, ESQ.
DANIELLE J. BARRAZA, ESQ.
MAIER GUTIERREZ & ASSOCIATES

*Attorney for Plaintiff*
TAMMIE BURNEO

Dated: July 14, 2025

Respectfully submitted,

*/s/ Kelsey E. Stegall*
WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
HOTSPUR RESORTS NEVADA LTD.
d/b/a JW MARRIOTT LAS VEGAS
RESORT AND SPA

**IT IS SO ORDERED.**

**DATED:** 7/15/2025

_____
**UNITED STATES MAGISTRATE JUDGE**

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89119
702.862.8800

2

4932-5610-4789.1 / 097260.1019