Wendy M. Krincek, Esq.
Nevada State Bar No. 06417
Kelsey E. Stegall, Esq.
Nevada State Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada  89113
Telephone:    702.862.8800
Fax No.:    702.862.8811
wkrincek@littler.com
kstegall@littler.com

Attorneys for Defendant
HOTSPUR RESORTS NEVADA LTD.
d/b/a JW MARRIOTT LAS VEGAS
RESORT AND SPA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TAMMIE BURNEO, individually,<br><br>Plaintiff,<br><br>v.<br><br>HOTSPUR RESORTS NEVADA LTD. d/b/a JW MARRIOTT LAS VEGAS RESORT AND SPA, a domestic corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01141-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff TAMMIE BURNEO ("Plaintiff") and Defendant HOTSPUR RESORTS NEVADA LTD d/b/a JW MARRIOTT LAS VEGAS RESORT AND SPA ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its Reply in Support of Defendant's Motion to Partially Dismiss Plaintiff's Complaint for one week from the current deadline of August 22, 2025, up to and including **August 29, 2025.**

The requested extension is necessary in light of the fact that Defendant's counsel has a deposition and other competing deadlines the week of August 22, 2025, and the additional week will allow Defendant enough time to prepare the reply.

This is the first request for an extension of time to file the reply to the Motion to Dismiss, (ECF No. 8). This request is made in good faith and not for the purpose of delay.

Dated: August 18, 2025

Respectfully submitted,

/s/ Danielle J. Barraza
JASON R. MAIER, ESQ.
DANIELLE J. BARRAZA, ESQ.
MAIER GUTIERREZ & ASSOCIATES

*Attorney for Plaintiff*
TAMMIE BURNEO

Dated: August 18, 2025

Respectfully submitted,

WENDY M. KRINCEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
HOTSPUR RESORTS NEVADA LTD.
d/b/a JW MARRIOTT LAS VEGAS RESORT AND SPA

**IT IS SO ORDERED.**

**DATED:** August 19. 2025

_____
**UNITED STATES DISTRICT COURT JUDGE**

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
702.862.8800

2

4897-2670-1920.1 / 097260.1019