Wendy M. Krincek, Esq.
Nevada State Bar No. 06417
Kelsey E. Stegall, Esq.
Nevada State Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada  89113-4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
wkrincek@littler.com
kstegall@littler.com

Attorneys for Defendant
HOTSPUR RESORTS NEVADA LTD. d/b/a
JW MARRIOTT LAS VEGAS RESORT
AND SPA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMMIE BURNEO, individually,<br><br>       Plaintiff,<br><br>       v.<br><br>HOTSPUR RESORTS NEVADA LTD. d/b/a JW MARRIOTT LAS VEGAS RESORT AND SPA, a domestic corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>       Defendants. | Case No. 2:25-cv-01141-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff Tammie Burneo ("Plaintiff") and Defendant Hotspur Resorts Nevada Ltd. d/b/a JW Marriott Las Vegas Resort and Spa ("Defendant") (collectively, the "parties"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

///

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

DATED: January 5, 2026

MAIER GUTIERREZ & ASSOCIATES

By: */s/ Danielle J. Barraza*
Jason R. Maier, Esq.
Danielle J. Barraza, Esq.

Attorneys for Plaintiff
TAMMIE BURNEO

DATED: January 5, 2026

LITTLER MENDELSON, P.C.

By: */s/ Kelsey E. Stegall*
Wendy M. Krincek, Esq.
Kelsey E. Stegall, Esq.

Attorneys for Defendant
HOTSPUR RESORTS NEVADA LTD.
d/b/a JW MARRIOTT LAS VEGAS
RESORT AND SPA

The Clerk of Court is kindly instructed to close this case.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:    January 16, 2026.

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2